# United States Bankruptcy Court
## Eastern District of Tennessee

Page 1

In RE: KRISTY LYNN MULLINS

43 MILL STONE LANE

RINGGOLD GA 30736

Case Number 12/29/2015

**15-13117 SDR**

**TRUSTEE'S NOTICE OF CLAIMS FILED**

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below. The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c). "NOT FILED" is shown in claim classification column if the creditor has not filed a claim. Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that BankruptcyCode Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.
The claim numbers listed in the notice do not match the court claim number.

| | Creditor | Address | Date Filed | Amount Filed | Pay % | Class |
|---|---|---|---|---|---|---|
| 001-0 | HOUSEHOLD REALTY CORPORATION | 636 GRAND REGENCY BLVD BRANDON,FL 33510-3942 | 08/07/2015 | 629.00 per month Acct #:2316 | | Continuing |
| 001-1 | HOUSEHOLD REALTY CORPORATION | 636 GRAND REGENCY BLVD BRANDON,FL 33510-3942 | 08/07/2015 | 1,250.28 Acct #:2316 | | Secured |
| 002-0 | CAPITAL ONE BANK (USA) NA PO BOX 71083 | %AMERICAN INFOSOURCE LP AS AGE CHARLOTTE,NC 28272-1083 | 09/11/2015 | 1,485.03 Acct #:3591 | 70.0000 | Unsecured |
| 003-0 | CAPITAL ONE BANK USA NA PO BOX 71083 | BY AMERICAN INFOSOURCE LP CHARLOTTE,NC 28272-1083 | 09/11/2015 | 530.66 Acct #:1140 4015 | 70.0000 | Unsecured |
| 004-0 | CAPITAL ONE BANK USA NA PO BOX 71083 | BY AMERICAN INFOSOURCE LP CHARLOTTE,NC 28272-1083 | 09/11/2015 | 6,135.28 Acct #:6400 3201 | 70.0000 | Unsecured |
| 005-0 | CAPITAL ONE BANK USA NA PO BOX 71083 | BY AMERICAN INFOSOURCE LP CHARLOTTE,NC 28272-1083 | 09/11/2015 | 1,322.50 Acct #:3873 4714 | 70.0000 | Unsecured |
| 006-0 | BANK OF AMERICA | PO BOX 660933 DALLAS,TX 75266-0933 | 09/28/2015 | 1,265.00 per month Acct #:8260 | | Continuing |
| 006-1 | BANK OF AMERICA | PO BOX 660933 DALLAS,TX 75266-0933 | 09/28/2015 | 2,905.40 Acct #:8260 | | Secured |
| 007-0 | MIDLAND FUNDING LLC PO BOX 2011 | %MIDLAND CREDIT MANAGEMENT INC WARREN,MI 48090- | 09/29/2015 | 3,839.83 Acct #:2421 | 70.0000 | Unsecured |
| 008-0 | CHCHA DBA ERLANGER HEALTH SYST 320 N HOLTZCLAW AVE | GEORGE E KOONTZ CHATTANOOGA,TN 37404- | 09/30/2015 | 639.57 Acct #:5919 | 70.0000 | Unsecured |
| 009-0 | CERASTES LLC PO BOX 3978 | %WEINSTIEN PINSON & RILEY SEATTLE,WA 98124-3978 | 10/28/2015 | 324.39 Acct #:8343 | 70.0000 | Unsecured |
| 010-0 | MIDLAND FUNDING LLC PO BOX 2011 | %MIDLAND CREDIT MANAGEMENT INC WARREN,MI 48090- | 11/05/2015 | 1,423.19 Acct #:4317 | 70.0000 | Unsecured |
| 011-0 | MIDLAND FUNDING LLC PO BOX 2011 | %MIDLAND CREDIT MANAGEMENT INC WARREN,MI 48090- | 11/05/2015 | 3,362.04 Acct #:0153 | 70.0000 | Unsecured |

Continued on Next Page

| In RE: | KRISTY LYNN MULLINS | | Case Number | **15-13117  SDR** | 12/29/2015 |
|---|---|---|---|---|---|

| | **Creditor** | **Address** | **Date Filed** | **Amount Filed** | **Pay %** | **Class** |
|---|---|---|---|---|---|---|
| 012-0 | LVNV FUNDING LLC<br>PO BOX 10587 | %RESURGENT CAPITAL SERVICES<br>GREENVILLE,SC 29603-0587 | 11/05/2015 | 1,279.46 | 70.0000<br>Acct #:9997 | Unsecured |
| 300-0 | ROOMS TO GO | , | | 0.00<br>7.2500% | Acct #:4317 | Not Filed |
| 798-0 | CLERK U S BANKRUPTCY COURT<br>31 E 11TH ST | FILING FEES<br>CHATTANOOGA,TN 37402- | 07/23/2015 | 310.00 | Acct #: | Admin |
| 799-0 | CLARK & WASHINGTON PC | 3300 NORTHEAST EXPRESSWAY BLDG<br>ATLANTA,GA 30341- | 09/29/2015 | 3,000.00 | Acct #: | Legal |

Total:  27,807.63

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.
IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall
be retained in the Trustee's file in this case.

/s/ Kara L. West
-----------------------------------------
Standing Bankruptcy Trustee

CLARK & WASHINGTON PC                           3,000.00
6025 LEE HIGHWAY STE 101

CHATTANOOGA, TN  37421-                                                     Date: _____