United States Bankruptcy Court
Eastern District of Tennessee

In re:                                                                    Case No. 15-13117-SDR
Kristy Lynn Mullins                                                       Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0649-1          User: harts              Page 1 of 1           Date Rcvd: Jun 01, 2017
                             Form ID: b2100b          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2017.
db              +Kristy Lynn Mullins,    43 Mill Stone Lane,    Ringgold, GA 30736-8168
cr              +BANK OF AMERICA, N.A.,    Weiss Spicer Cash PLLC,   208 Adams Avenue,    Memphis, Tn 38103-1922
11063048        +Household Realty Corporation,    c/o HSBC Mortgage Services, Inc.,    P.O. Box 21188,
                 Eagan, Minnesota 55121-0188
11725580        +Wilmington Savings Fund Society, FSB, d,   Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: EBR@KKFLAWFIRM.COM Jun 01 2017 21:01:29
                 Chattanooga Hamilton County Hospital Authority d/b,   Kennedy, Koontz & Klingler,
                 320 N. Holtzclaw Ave,   Chattanooga, TN 37404-2305
                                                                                         TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              ##+SELECT PORTFOLIO SERVICING, INC AS SERVICING AGENT,    3815 South West Temple,
                 Salt Lake City, UT 84115-4412
                                                                             TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2017 at the address(es) listed below:
              George E. Koontz    on behalf of Creditor    Chattanooga Hamilton County Hospital Authority d/b/a
               Erlanger Health System gkoontz@kkflawfirm.com,   ebr@kkflawfirm.com;tn28@ecfcbis.com
              Kara L. West    chattecf@ch13-trustee.com,   chattecf@trustee13.com;chattecf@ch13cha.com
              Ray Charles Johnson, Jr.    on behalf of Debtor Kristy Lynn Mullins cwchattanooga@cw13.com,
               cwatlantabk@gmail.com
              United States Trustee    Ustpregion08.cn.ecf@usdoj.gov
              Valerie Ann Spicer    on behalf of Creditor    BANK OF AMERICA, N.A. ecf-east@weiss-spicer.com
                                                                                         TOTAL: 5

2100B (12/15)

# United States Bankruptcy Court
### Eastern District of Tennessee
Case No. 1:15–bk–13117–SDR
Chapter 13

In re: Debtor(s) (Including Name and Address)

Kristy Lynn Mullins
43 Mill Stone Lane
Ringgold, GA 30736

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 1 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 5/31/2017.

Pursuant to Fed. R. Bankr. P. 3001(e), any objections to this transfer must be filed with the

**United States Bankruptcy Court**
**31 East 11th Street**
**Chattanooga, TN 37402**

Name and Address of Alleged Transferor

Household Realty Corporation
c/o HSBC Mortgage Services, Inc.
P.O. Box 21188
Eagan, Minnesota 55121

Name and Address of Transferee

Wilmington Savings Fund Society, FSB, d
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84115

––DEADLINE TO OBJECT TO TRANSFER––

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty–one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: 6/1/17

William T. Magill
**CLERK OF THE COURT**