UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

IN RE:   Case No.:  15-13117 SDR
**KRISTY LYNN MULLINS**   Chapter 13

## NOTICE OF FINAL CURE PAYMENT

According to Fed. Bankr. Rule 3002.1(f), the Trustee gives notice that the amount required to cure the prepetition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**Part 1: MORTGAGE INFORMATION**
   Creditor Name:     **BANK OF AMERICA**

   Court Claim Number: **006**     UCI:
   Last Four of Account Id Number:   8260
   Property Address, if available:   43 MILL STONE LANE

**Part 2: CURE AMOUNT**
   a. Allowed prepetition arrearage:                                                           $2905.40
   b. Prepetition arrearage paid by the Trustee:                                           $2905.40
   c. Amount of postpetition fees, expenses and charges
        recoverable under FRBP 3002.1(c):                                                   $575.00
   d. Amount of postpetition fees, expenses and charges
        recoverable under FRBP 3002.1(c) paid by the Trustee:            $575.00
   Total Disbursements by Trustee:                                                            $77,263.68

**Part 3: POST PETITION MORTGAGE PAYMENT**
Mortgage is paid thru the Trustee conduit.

Current Monthly Mortgage Payment: $1,312.84

Next post-petition payment due: APRIL

**To the extent that the Debtor is not current as of the date of this notice, the creditor should file a response indicating same.**

**YOUR RESPONSE IS REQUIRED BY F.R.B.P Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have

paid in full on the default amount through the plan and are current on all outstanding postpetition fees, costs, and escrow amounts due, and are consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions. To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this notice sent to debtor(s) and creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: APRIL 16, 2020          Respectfully Submitted:

         s/ Kara L. West, Trustee
         Kara L. West (TN No. 25744)
         Standing Chapter 13 Trustee
         P.O. Box 511
         Chattanooga, TN 37401
         (423) 265-2261

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2020 a copy of the Notice of Final Cure was served on those listed below as indicated:

**Via electronic noticing:**

CLARK & WASHINGTON PC - ECF
US Trustee – ECF
Bankruptcy Court – ECF
VALERIE ANN SPICER – ECF

**Via U.S. First Class mail, postage prepaid, to the following entities at the address listed:**

Debtor:   KRISTY LYNN MULLINS, 43 MILL STONE LANE, , RINGGOLD, GA    30736
Creditor:   BANK OF AMERICA, PO BOX 660933, , DALLAS, TX 75266-0933
Creditor Noticing Address:     BANK OF AMERICA NA BANKRUPTCY DEPT PO BOX 5170 SIMI VALLEY, CA   93062

         s/ Kara L. West w/permission by DCS (45)
         Chapter 13 Trustee
         P.O. Box 511
         Chattanooga, TN 37401-0511
         (423) 265-2261

# Disbursements for Claim

Case: 15-13117    KRISTY LYNN MULLINS

**BANK OF AMERICA**
PO BOX 660933

DALLAS, TX   75266-0933

Sequence: 24
Modify:
Filed Date: 9/28/2015   12:00:00AM
Hold Code:

Acct No: 8260

MAINT: 43 MILL STONE LN-1ST MTG    $73,783.28 PAID THRU 3/31/20

Amt Sched: ###########
Amt Due: $1,312.84

Debt: $73,783.28
Paid: $73,783.28

Interest Paid: $0.00
Accrued Int: $0.00
Balance Due: $0.00

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| **0060    BANK OF AMERICA** | | | | | | | |
| BANK OF AMERICA | | 03/31/2020 | 2057698 | $1,312.84 | $0.00 | $1,312.84 | |
| BANK OF AMERICA | | 02/29/2020 | 2053577 | $1,312.84 | $0.00 | $1,312.84 | 03/24/2020 |
| BANK OF AMERICA | | 01/31/2020 | 2049579 | $1,312.84 | $0.00 | $1,312.84 | 02/26/2020 |
| BANK OF AMERICA | | 12/31/2019 | 2045541 | $1,312.84 | $0.00 | $1,312.84 | 01/24/2020 |
| BANK OF AMERICA | | 11/30/2019 | 2041522 | $1,312.84 | $0.00 | $1,312.84 | 12/30/2019 |
| BANK OF AMERICA | | 10/31/2019 | 2037606 | $1,312.84 | $0.00 | $1,312.84 | 11/26/2019 |
| BANK OF AMERICA | | 09/30/2019 | 2033527 | $1,312.84 | $0.00 | $1,312.84 | 10/29/2019 |
| BANK OF AMERICA | | 08/31/2019 | 2029473 | $1,312.84 | $0.00 | $1,312.84 | 09/25/2019 |
| BANK OF AMERICA | | 07/31/2019 | 2025277 | $1,300.43 | $0.00 | $1,300.43 | 08/22/2019 |
| BANK OF AMERICA | | 06/30/2019 | 2021104 | $1,300.43 | $0.00 | $1,300.43 | 07/24/2019 |
| BANK OF AMERICA | M | 06/13/2019 | 2018936 | $1,300.43 | $0.00 | $1,300.43 | 06/24/2019 |
| BANK OF AMERICA | V | 06/13/2019 | 2016879 | ($1,300.43) | $0.00 | ($1,300.43) | 06/13/2019 |
| BANK OF AMERICA | | 05/31/2019 | 2016879 | $1,300.43 | $0.00 | $1,300.43 | 06/13/2019 |
| BANK OF AMERICA | | 04/30/2019 | 2012525 | $1,300.43 | $0.00 | $1,300.43 | 05/24/2019 |
| BANK OF AMERICA | | 03/31/2019 | 2008134 | $1,300.43 | $0.00 | $1,300.43 | 04/23/2019 |
| BANK OF AMERICA | | 02/28/2019 | 2003972 | $1,300.43 | $0.00 | $1,300.43 | 03/22/2019 |
| BANK OF AMERICA | | 01/31/2019 | 1999836 | $1,300.43 | $0.00 | $1,300.43 | 02/22/2019 |
| BANK OF AMERICA | | 12/31/2018 | 1995784 | $1,300.43 | $0.00 | $1,300.43 | 01/29/2019 |
| BANK OF AMERICA | V | 12/13/2018 | 1991730 | ($1,300.43) | $0.00 | ($1,300.43) | 12/13/2018 |
| BANK OF AMERICA | M | 12/13/2018 | 1993679 | $1,300.43 | $0.00 | $1,300.43 | 12/20/2018 |
| BANK OF AMERICA | | 11/30/2018 | 1991730 | $1,300.43 | $0.00 | $1,300.43 | 12/13/2018 |
| BANK OF AMERICA | | 10/31/2018 | 1987666 | $1,300.43 | $0.00 | $1,300.43 | 11/26/2018 |
| BANK OF AMERICA | | 09/30/2018 | 1979284 | $1,300.43 | $0.00 | $1,300.43 | 10/25/2018 |
| BANK OF AMERICA | V | 09/13/2018 | 1975075 | ($1,300.43) | $0.00 | ($1,300.43) | 09/13/2018 |
| BANK OF AMERICA | M | 09/13/2018 | 1977097 | $1,300.43 | $0.00 | $1,300.43 | 09/21/2018 |
| BANK OF AMERICA | | 08/31/2018 | 1975075 | $1,300.43 | $0.00 | $1,300.43 | 09/13/2018 |
| BANK OF AMERICA | | 07/31/2018 | 1970716 | $1,354.57 | $0.00 | $1,354.57 | 08/22/2018 |
| BANK OF AMERICA | | 06/30/2018 | 1966404 | $1,354.57 | $0.00 | $1,354.57 | 07/25/2018 |
| BANK OF AMERICA | | 05/31/2018 | 1962034 | $1,354.57 | $0.00 | $1,354.57 | 06/25/2018 |
| BANK OF AMERICA | | 03/31/2018 | 1952840 | $1,354.57 | $0.00 | $1,354.57 | 04/24/2018 |
| BANK OF AMERICA | V | 03/14/2018 | 1948137 | ($1,354.57) | $0.00 | ($1,354.57) | 03/14/2018 |

1

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | M | 03/14/2018 | 1950339 | $1,354.57 | $0.00 | $1,354.57 | 03/21/2018 |
| BANK OF AMERICA |   | 02/28/2018 | 1948137 | $1,354.57 | $0.00 | $1,354.57 | 03/14/2018 |
| BANK OF AMERICA |   | 01/31/2018 | 1943668 | $1,354.57 | $0.00 | $1,354.57 | 02/27/2018 |
| BANK OF AMERICA |   | 12/31/2017 | 1939054 | $1,354.57 | $0.00 | $1,354.57 | 01/26/2018 |
| BANK OF AMERICA |   | 11/30/2017 | 1934523 | $1,354.57 | $0.00 | $1,354.57 | 12/21/2017 |
| BANK OF AMERICA |   | 10/31/2017 | 1929964 | $1,354.57 | $0.00 | $1,354.57 | 11/24/2017 |
| BANK OF AMERICA |   | 09/30/2017 | 1925327 | $1,354.57 | $0.00 | $1,354.57 | 10/26/2017 |
| BANK OF AMERICA |   | 08/31/2017 | 1920636 | $1,372.62 | $0.00 | $1,372.62 | 09/22/2017 |
| BANK OF AMERICA |   | 07/31/2017 | 1915957 | $1,336.52 | $0.00 | $1,336.52 | 08/24/2017 |
| BANK OF AMERICA |   | 06/30/2017 | 1911280 | $1,366.10 | $0.00 | $1,366.10 | 07/24/2017 |
| BANK OF AMERICA |   | 05/31/2017 | 1906505 | $1,584.82 | $0.00 | $1,584.82 | 06/27/2017 |
| BANK OF AMERICA |   | 04/30/2017 | 1901600 | $1,584.82 | $0.00 | $1,584.82 | 05/25/2017 |
| BANK OF AMERICA |   | 03/31/2017 | 1896762 | $1,584.82 | $0.00 | $1,584.82 | 04/25/2017 |
| BANK OF AMERICA |   | 02/28/2017 | 1891813 | $1,265.00 | $0.00 | $1,265.00 | 03/24/2017 |
| BANK OF AMERICA |   | 01/31/2017 | 1887126 | $1,265.00 | $0.00 | $1,265.00 | 02/24/2017 |
| BANK OF AMERICA | V | 01/12/2017 | 1882385 | ($1,265.00) | $0.00 | ($1,265.00) | 01/12/2017 |
| BANK OF AMERICA | M | 01/12/2017 | 1884646 | $1,265.00 | $0.00 | $1,265.00 | 01/23/2017 |
| BANK OF AMERICA |   | 12/31/2016 | 1882385 | $1,265.00 | $0.00 | $1,265.00 | 01/12/2017 |
| BANK OF AMERICA |   | 11/30/2016 | 1877728 | $1,265.00 | $0.00 | $1,265.00 | 12/22/2016 |
| BANK OF AMERICA |   | 10/31/2016 | 1872963 | $1,265.00 | $0.00 | $1,265.00 | 11/25/2016 |
| BANK OF AMERICA | V | 10/16/2016 | 1868132 | ($1,265.00) | $0.00 | ($1,265.00) | 10/16/2016 |
| BANK OF AMERICA | M | 10/16/2016 | 1870452 | $1,265.00 | $0.00 | $1,265.00 | 10/25/2016 |
| BANK OF AMERICA |   | 09/30/2016 | 1868132 | $1,265.00 | $0.00 | $1,265.00 | 10/16/2016 |
| BANK OF AMERICA |   | 08/31/2016 | 1863221 | $1,265.00 | $0.00 | $1,265.00 | 09/28/2016 |
| BANK OF AMERICA | M | 08/13/2016 | 1860653 | $1,265.00 | $0.00 | $1,265.00 | 08/26/2016 |
| BANK OF AMERICA | V | 08/13/2016 | 1858329 | ($1,265.00) | $0.00 | ($1,265.00) | 08/13/2016 |
| BANK OF AMERICA |   | 07/31/2016 | 1858329 | $1,265.00 | $0.00 | $1,265.00 | 08/13/2016 |
| BANK OF AMERICA |   | 06/30/2016 | 1853445 | $1,265.00 | $0.00 | $1,265.00 | 07/27/2016 |
| BANK OF AMERICA | V | 06/14/2016 | 1848480 | ($1,292.64) | $0.00 | ($1,292.64) | 06/14/2016 |
| BANK OF AMERICA | M | 06/14/2016 | 1850837 | $1,292.64 | $0.00 | $1,292.64 | 06/22/2016 |
| BANK OF AMERICA |   | 05/31/2016 | 1848480 | $1,292.64 | $0.00 | $1,292.64 | 06/14/2016 |
| BANK OF AMERICA | M | 05/14/2016 | 1845882 | $1,471.47 | $0.00 | $1,471.47 | 05/25/2016 |
| BANK OF AMERICA | V | 05/14/2016 | 1843393 | ($1,471.47) | $0.00 | ($1,471.47) | 05/14/2016 |
| BANK OF AMERICA |   | 04/30/2016 | 1843393 | $1,471.47 | $0.00 | $1,471.47 | 05/14/2016 |
| BANK OF AMERICA |   | 03/31/2016 | 1838295 | $1,471.48 | $0.00 | $1,471.48 | 04/26/2016 |
| BANK OF AMERICA |   | 02/29/2016 | 1832855 | $2,195.95 | $0.00 | $2,195.95 | 03/29/2016 |
| BANK OF AMERICA |   | 01/31/2016 | 1827867 | $1,471.48 | $0.00 | $1,471.48 | 02/24/2016 |
| BANK OF AMERICA |   | 12/31/2015 | 1822944 | $1,471.48 | $0.00 | $1,471.48 | 01/25/2016 |
| BANK OF AMERICA |   | 11/30/2015 | 1817989 | $1,486.30 | $0.00 | $1,486.30 | 12/23/2015 |
| BANK OF AMERICA |   | 10/31/2015 | 1813051 | $1,486.30 | $0.00 | $1,486.30 | 11/23/2015 |
| BANK OF AMERICA |   | 09/30/2015 | 1808053 | $1,567.90 | $0.00 | $1,567.90 | 10/21/2015 |
|   |   |   | Sub-totals: | $73,783.28 | $0.00 | $73,783.28 |   |

| name | | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **0061** | **BANK OF AMERICA** | | | | | | | |
| | BANK OF AMERICA | | 03/31/2020 | 2057698 | $195.40 | $0.00 | $195.40 | |
| | BANK OF AMERICA | | 02/29/2020 | 2053577 | $80.00 | $0.00 | $80.00 | 03/24/2020 |
| | BANK OF AMERICA | | 01/31/2020 | 2049579 | $80.00 | $0.00 | $80.00 | 02/26/2020 |
| | BANK OF AMERICA | | 12/31/2019 | 2045541 | $80.00 | $0.00 | $80.00 | 01/24/2020 |
| | BANK OF AMERICA | | 11/30/2019 | 2041522 | $80.00 | $0.00 | $80.00 | 12/30/2019 |
| | BANK OF AMERICA | | 10/31/2019 | 2037606 | $80.00 | $0.00 | $80.00 | 11/26/2019 |
| | BANK OF AMERICA | | 09/30/2019 | 2033527 | $160.00 | $0.00 | $160.00 | 10/29/2019 |
| | BANK OF AMERICA | | 08/31/2019 | 2029473 | $43.00 | $0.00 | $43.00 | 09/25/2019 |
| | BANK OF AMERICA | | 07/31/2019 | 2025277 | $43.00 | $0.00 | $43.00 | 08/22/2019 |
| | BANK OF AMERICA | | 06/30/2019 | 2021104 | $43.00 | $0.00 | $43.00 | 07/24/2019 |
| | BANK OF AMERICA | V | 06/13/2019 | 2016879 | ($43.00) | $0.00 | ($43.00) | 06/13/2019 |
| | BANK OF AMERICA | M | 06/13/2019 | 2018936 | $43.00 | $0.00 | $43.00 | 06/24/2019 |
| | BANK OF AMERICA | | 05/31/2019 | 2016879 | $43.00 | $0.00 | $43.00 | 06/13/2019 |
| | BANK OF AMERICA | | 04/30/2019 | 2012525 | $43.00 | $0.00 | $43.00 | 05/24/2019 |
| | BANK OF AMERICA | | 03/31/2019 | 2008134 | $43.00 | $0.00 | $43.00 | 04/23/2019 |
| | BANK OF AMERICA | | 02/28/2019 | 2003972 | $43.00 | $0.00 | $43.00 | 03/22/2019 |
| | BANK OF AMERICA | | 01/31/2019 | 1999836 | $43.00 | $0.00 | $43.00 | 02/22/2019 |
| | BANK OF AMERICA | | 12/31/2018 | 1995784 | $43.00 | $0.00 | $43.00 | 01/29/2019 |
| | BANK OF AMERICA | M | 12/13/2018 | 1993679 | $43.00 | $0.00 | $43.00 | 12/20/2018 |
| | BANK OF AMERICA | V | 12/13/2018 | 1991730 | ($43.00) | $0.00 | ($43.00) | 12/13/2018 |
| | BANK OF AMERICA | | 11/30/2018 | 1991730 | $43.00 | $0.00 | $43.00 | 12/13/2018 |
| | BANK OF AMERICA | | 10/31/2018 | 1987666 | $43.00 | $0.00 | $43.00 | 11/26/2018 |
| | BANK OF AMERICA | | 09/30/2018 | 1979284 | $43.00 | $0.00 | $43.00 | 10/25/2018 |
| | BANK OF AMERICA | V | 09/13/2018 | 1975075 | ($43.00) | $0.00 | ($43.00) | 09/13/2018 |
| | BANK OF AMERICA | M | 09/13/2018 | 1977097 | $43.00 | $0.00 | $43.00 | 09/21/2018 |
| | BANK OF AMERICA | | 08/31/2018 | 1975075 | $43.00 | $0.00 | $43.00 | 09/13/2018 |
| | BANK OF AMERICA | | 07/31/2018 | 1970716 | $43.00 | $0.00 | $43.00 | 08/22/2018 |
| | BANK OF AMERICA | | 06/30/2018 | 1966404 | $43.00 | $0.00 | $43.00 | 07/25/2018 |
| | BANK OF AMERICA | | 05/31/2018 | 1962034 | $43.00 | $0.00 | $43.00 | 06/25/2018 |
| | BANK OF AMERICA | | 04/30/2018 | 1957526 | $43.00 | $0.00 | $43.00 | 05/23/2018 |
| | BANK OF AMERICA | | 03/31/2018 | 1952840 | $43.00 | $0.00 | $43.00 | 04/24/2018 |
| | BANK OF AMERICA | V | 03/14/2018 | 1948137 | ($43.00) | $0.00 | ($43.00) | 03/14/2018 |
| | BANK OF AMERICA | M | 03/14/2018 | 1950339 | $43.00 | $0.00 | $43.00 | 03/21/2018 |
| | BANK OF AMERICA | | 02/28/2018 | 1948137 | $43.00 | $0.00 | $43.00 | 03/14/2018 |
| | BANK OF AMERICA | | 01/31/2018 | 1943668 | $43.00 | $0.00 | $43.00 | 02/27/2018 |
| | BANK OF AMERICA | | 12/31/2017 | 1939054 | $43.00 | $0.00 | $43.00 | 01/26/2018 |
| | BANK OF AMERICA | | 11/30/2017 | 1934523 | $43.00 | $0.00 | $43.00 | 12/21/2017 |
| | BANK OF AMERICA | | 10/31/2017 | 1929964 | $43.00 | $0.00 | $43.00 | 11/24/2017 |
| | BANK OF AMERICA | | 09/30/2017 | 1925327 | $43.00 | $0.00 | $43.00 | 10/26/2017 |
| | BANK OF AMERICA | | 08/31/2017 | 1920636 | $43.00 | $0.00 | $43.00 | 09/22/2017 |
| | BANK OF AMERICA | | 07/31/2017 | 1915957 | $43.00 | $0.00 | $43.00 | 08/24/2017 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | | 06/30/2017 | 1911280 | $43.00 | $0.00 | $43.00 | 07/24/2017 |
| BANK OF AMERICA | | 05/31/2017 | 1906505 | $43.00 | $0.00 | $43.00 | 06/27/2017 |
| BANK OF AMERICA | | 04/30/2017 | 1901600 | $43.00 | $0.00 | $43.00 | 05/25/2017 |
| BANK OF AMERICA | | 03/31/2017 | 1896762 | $43.00 | $0.00 | $43.00 | 04/25/2017 |
| BANK OF AMERICA | | 02/28/2017 | 1891813 | $43.00 | $0.00 | $43.00 | 03/24/2017 |
| BANK OF AMERICA | | 01/31/2017 | 1887126 | $43.00 | $0.00 | $43.00 | 02/24/2017 |
| BANK OF AMERICA | V | 01/12/2017 | 1882385 | ($43.00) | $0.00 | ($43.00) | 01/12/2017 |
| BANK OF AMERICA | M | 01/12/2017 | 1884646 | $43.00 | $0.00 | $43.00 | 01/23/2017 |
| BANK OF AMERICA | | 12/31/2016 | 1882385 | $43.00 | $0.00 | $43.00 | 01/12/2017 |
| BANK OF AMERICA | | 11/30/2016 | 1877728 | $43.00 | $0.00 | $43.00 | 12/22/2016 |
| BANK OF AMERICA | | 10/31/2016 | 1872964 | $43.00 | $0.00 | $43.00 | 11/25/2016 |
| BANK OF AMERICA | M | 10/16/2016 | 1870452 | $43.00 | $0.00 | $43.00 | 10/25/2016 |
| BANK OF AMERICA | V | 10/16/2016 | 1868132 | ($43.00) | $0.00 | ($43.00) | 10/16/2016 |
| BANK OF AMERICA | | 09/30/2016 | 1868132 | $43.00 | $0.00 | $43.00 | 10/16/2016 |
| BANK OF AMERICA | | 08/31/2016 | 1863221 | $43.00 | $0.00 | $43.00 | 09/28/2016 |
| BANK OF AMERICA | M | 08/13/2016 | 1860653 | $43.00 | $0.00 | $43.00 | 08/26/2016 |
| BANK OF AMERICA | V | 08/13/2016 | 1858329 | ($43.00) | $0.00 | ($43.00) | 08/13/2016 |
| BANK OF AMERICA | | 07/31/2016 | 1858329 | $43.00 | $0.00 | $43.00 | 08/13/2016 |
| BANK OF AMERICA | | 06/30/2016 | 1853445 | $43.00 | $0.00 | $43.00 | 07/27/2016 |
| BANK OF AMERICA | M | 06/14/2016 | 1850837 | $43.55 | $0.00 | $43.55 | 06/22/2016 |
| BANK OF AMERICA | V | 06/14/2016 | 1848480 | ($43.55) | $0.00 | ($43.55) | 06/14/2016 |
| BANK OF AMERICA | | 05/31/2016 | 1848480 | $43.55 | $0.00 | $43.55 | 06/14/2016 |
| BANK OF AMERICA | M | 05/14/2016 | 1845882 | $47.09 | $0.00 | $47.09 | 05/25/2016 |
| BANK OF AMERICA | V | 05/14/2016 | 1843393 | ($47.09) | $0.00 | ($47.09) | 05/14/2016 |
| BANK OF AMERICA | | 04/30/2016 | 1843393 | $47.09 | $0.00 | $47.09 | 05/14/2016 |
| BANK OF AMERICA | | 03/31/2016 | 1838295 | $47.09 | $0.00 | $47.09 | 04/26/2016 |
| BANK OF AMERICA | | 02/29/2016 | 1832855 | $61.44 | $0.00 | $61.44 | 03/29/2016 |
| BANK OF AMERICA | | 01/31/2016 | 1827867 | $47.08 | $0.00 | $47.08 | 02/24/2016 |
| BANK OF AMERICA | | 12/31/2015 | 1822944 | $47.08 | $0.00 | $47.08 | 01/25/2016 |
| BANK OF AMERICA | | 11/30/2015 | 1817989 | $58.04 | $0.00 | $58.04 | 12/23/2015 |
| BANK OF AMERICA | | 10/31/2015 | 1813051 | $58.04 | $0.00 | $58.04 | 11/23/2015 |
| BANK OF AMERICA | | 09/30/2015 | 1808053 | $63.59 | $0.00 | $63.59 | 10/21/2015 |

Sub-totals:  $2,905.40    $0.00    $2,905.40

Grand Total: $76,688.68    $0.00

4

# Disbursements for Claim

Case: **15-13117**    **KRISTY LYNN MULLINS**

**BANK OF AMERICA**
PO BOX 660933

DALLAS, TX  75266-0933

Sequence: 25
Modify:
Filed Date: 1/12/2016 12:00:00AM
Hold Code:

Acct No: 8260-POST PETITION MTG FE

POST PETITION MTG FEES-43 MILL STONE LANE

| | | | | |
|---|---|---|---|---|
| Amt Sched: $0.00 | Debt: $575.00 | Interest Paid: $0.00 | | |
| Amt Due: $0.00 | Paid: $575.00 | Accrued Int: $0.00 | | |
| | | Balance Due: $0.00 | | |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| **3010    BANK OF AMERICA** | | | | | | | |
| BANK OF AMERICA | | 06/30/2016 | 1853445 | $293.17 | $0.00 | $293.17 | 07/27/2016 |
| BANK OF AMERICA | V | 06/14/2016 | 1848480 | ($281.83) | $0.00 | ($281.83) | 06/14/2016 |
| BANK OF AMERICA | M | 06/14/2016 | 1850837 | $281.83 | $0.00 | $281.83 | 06/22/2016 |
| BANK OF AMERICA | | 05/31/2016 | 1848480 | $281.83 | $0.00 | $281.83 | 06/14/2016 |
| | | | Sub-totals: | $575.00 | $0.00 | $575.00 | |
| | | | Grand Total: | $575.00 | $0.00 | | |

1