**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION**

In Re:  
KRISTY LYNN MULLINS  
Debtor

1:15-bk-13117-SDR  
Chapter 13

**NOTICE OF APPEARANCE PURSUANT TO RULE 9010 (b) and REQUEST FOR NOTICES UNDER RULE 2002**

**NOTICE OF APPEARANCE OF SELECT PORTFOLIO SERVICING, INC. REGARDING REAL PROPERTY LOCATED AT 43 MILL STONE LN, RINGGOLD, GEORGIA 30736**

Select Portfolio Servicing, Inc. as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1, and Shapiro & Ingle, LLP, as attorney for Select Portfolio Servicing, Inc., makes its appearance as a secured creditor in this cause and requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Shapiro & Ingle, LLP  
Attorney for Select Portfolio Servicing, Inc.  
10130 Perimeter Pkwy, Suite 400  
Charlotte, NC 28216

Select Portfolio Servicing  
P.O. Box 65250  
Salt Lake City, UT 84165-0250  
800-258-8602

*/s/ Bonnie Culp*  
Bonnie Culp, Attorney for Creditor, Bar # 14741  
bculp@logs.com |704-249-0065  
Shapiro & Ingle, LLP  
10130 Perimeter Pkwy, Suite 400  
Charlotte, NC 28216  
Phone: 704-333-8107 | Fax: 704-333-8156  
Supervisory Attorney Contact: Grady Ingle  
gingle@logs.com | 704-831-2217  
Electronic Service Notifications: tnecf@logs.com