

SO ORDERED.
SIGNED this 9th day of June, 2020

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Marcia Phillips Parsons
CHIEF UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

In re

SUBSTITUTION OF COUNSEL

### ORDER

By letter dated June 8, 2020, attorney Russell T. Fisher, general counsel for Wakefield & Associates, Inc., advised the clerk of court that Erlanger Health Systems had requested that he be substituted for attorney George Koontz, deceased, "for all Erlanger accounts and claims currently in your Court," including those filed under the following names:

Chattanooga Hamilton County Hospital
Authority d/b/a Erlanger Medical Center

Chattanooga Hamilton County Hospital
Authority d/b/a Physician Services at
Erlanger

CHCHA d/b/a Erlanger Health System –
Physician Services

The court will treat the letter as a motion for substitution of counsel of Mr. Fisher in place and stead of Mr. Koontz on behalf of the foregoing named entities in all pertinent cases and adversary proceedings in this court and hereby grants the motion effective upon Mr. Russell becoming a Registered User in the court's CM/ECF system. The clerk of court is directed to take the appropriate action to reflect the substitution of counsel. As for proofs of claim filed by Mr. Koontz on behalf of those named entities, however, it will be necessary for Mr. Fisher to amend the proofs of claim on a case by case basis if a change in the named payee and/or recipient of payment is desired.

###

# WAKEFIELD & ASSOCIATES
## LEGAL DEPARTMENT

PHONE: (865) 971-1322
PHONE: (800) 221-8406
FAX: (865) 971-1352

MAILING ADDRESS
P.O. BOX 51272
KNOXVILLE, TN 37950

JUNE 9, 2020

Dear Honorable Presiding Judge(s),

    My name is Russell T. Fisher and I am General Counsel for Wakefield & Associates, Inc. located in Knoxville, TN. I am a debt collection attorney and my company, Wakefield & Associates, Inc. has been approached by our client, Erlanger Health Systems, regarding claims that they have filed in the Eastern District Bankruptcy Court. These claims were filed by Attorney George Koontz. As I am sure you are aware, Mr. Koontz unfortunately passed earlier this year. I am writing to the Court to request that I be replaced as the attorney representative for all Erlanger accounts and claims currently in your Court. Mr. Koontz filed the claims under the following names.

Chattanooga Hamilton County Hospital
Authority d/b/a Erlanger Medical Center

Chattanooga Hamilton County Hospital
Authority d/b/a Physician Services at
Erlanger

CHCHA d/b/a Erlanger Health System –
Physician Services

    I was aided by Ms. Betty Shelton in navigating the best way to accomplish this. She was extremely helpful, courteous, and professional.
    She advised me that the Court would want to create the Order of Substitution once I submitted this letter. I am not sure if we would need to also amend each individual claim filed by Mr. Koontz and will follow the Court's direction regarding that matter.
    I apologize for being presumptive and making demands, but I do have a request that the Order drafted by the Court include language that states that all payments received by the Court be written to Wakefield & Associates, Inc. If the checks were made out to me, it would cause myriad tax problems for myself, as I am salaried and do not collect fees.
    I appreciate your time in facilitating this change. If you need more information from me, please do not hesitate to reach out at the email address or cell phone number below.

Sincerely,

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.



## LEGAL DEPARTMENT

PHONE: (865) 971-1322
PHONE: (800) 221-8406
FAX: (865) 971-1352

MAILING ADDRESS
P.O. BOX 51272
KNOXVILLE, TN 37950

Russell T. Fisher
General Counsel
Wakefield & Associates, Inc.
7005 Middlebrook Pike
Knoxville, TN 37909
russell.fisher@wakeassoc.com
Office: 865-971-1322
Cell: 330-571-2050

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.